UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20577-CIV-LENARD/WHITE

**OLIVER THOMAS**,

      Petitioner,

vs.

**STATE OF FLORIDA,**

      Respondent.

_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 4) AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS DUPLICATIVE (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 4), issued on March 4, 2010, recommending that this Petition for Writ of Habeas Corpus be dismissed as duplicative.  The Report recommends that this case be dismissed as duplicative as Petitioner has filed a memorandum of law and motion to proceed in forma pauperis in his other filing, Case No. 10-20621-CIV-Jordan.  To date, Petitioner has not filed any objections to the Report.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 4) is **ADOPTED**;

    2.    Petitioner's Petition for Writ of Habeas Corpus (D.E. 1), filed on February 24,

2010, is **DISMISSED** as duplicative;

3.      This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 24th day of Mach, 2010.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**